DISABLED ACCESS PREVENTS INJURY, INC.
SCOTT N. JOHNSON - 166952
scottnjohnson@comcast.net
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA  95608
Telephone:   (916) 485-3516
Facsimile:    (916) 481-4224

Attorneys for Plaintiff
Scott N. Johnson

HANSON BRIDGETT LLP
KURT A. FRANKLIN - 172715
kfranklin@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
S.J. Properties, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| SCOTT N. JOHNSON,<br><br>           Plaintiff,<br><br>      v.<br><br>S.J. PROPERTIES, LLC,<br><br>           Defendant. | No. 2:09-CV-03320 FCD EFB<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |
|---|---|

Pursuant to Local Rule 143 and Rule 55(c) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between Plaintiff, SCOTT N. JOHNSON, and Defendant, S.J. PROPERTIES, LLC, by and through their attorneys of record (Scott N. Johnson and Hanson Bridgett LLP) that the Plaintiff's Entry of Default against Defendant, S.J. PROPERTIES, LLC, is hereby set aside.  This stipulation is based upon the following facts constituting good cause: Defendant, S.J. Properties, LLC, is represented by Counsel, Kurt A. Franklin, Hanson Bridgett LLP.  Defendant first retained Hanson Bridgett LLP last week, and first spoke with Mr. Franklin last Friday.

- 1 -

(CASE NO.:2:09-CV-03320-FCD-EFB)

Upon being retained, Mr. Franklin notified Plaintiff's attorney. Unfortunately, representation was not confirmed until after the deadline to file an Answer because of the Clerk's Entry of Default.

Per the Stipulation and Proposed Order filed herewith, Defendant, S.J. PROPERTIES, LLC, and Plaintiff SCOTT N. JOHNSON ask the Court for forty-five (45) days from the Entry of Default being set aside to allow Defendant to answer or otherwise file a responsive pleading. During this time, Defendant and Plaintiff anticipate exploring alternative dispute resolution.

DATED: March 9, 2010                         HANSON BRIDGETT LLP

                                             By:/S/ Kurt Franklin
                                                KURT A. FRANKLIN
                                                Attorneys for Defendant
                                                S.J. PROPERTIES, LLC

DATED: March 9, 2010                         DISABLED ACCESS PREVENTS
                                             INJURY, INC.

                                             By: /s/Scott N. Johnson
                                                SCOTT N. JOHNSON
                                                Attorneys for Plaintiff
                                                Scott N. Johnson

**IT IS SO ORDERED:**

As the parties have so stipulated, Plaintiff's Entry of Default against Defendant, S.J. PROPERTIES, LLC, is hereby set aside.

**IT IS FURTHER ORDERED** that Defendant, S.J. PROPERTIES, LLC, shall file an Answer or other responsive pleading within forty-five (45) days of the date of this order.

DATED: March 9, 2010

                                             _____
                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE

(CASE NO.:2:09-CV-03320-FCD-EFB)